UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZIMMER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARI KRESCH, KRESCH/OLIVER PLLC, )<br>KRESCH LEGAL SERVICES, P.L.C., )<br>WELLER, GREEN, )<br>TOUPS & TERRELL, L.L.P. )<br>GORDON, EDELSTEIN, KREPACK, )<br>GRANT, FELTON, GOLDSTEIN, LLP )<br>)<br>Defendants. ) | CASE NO. 3:11-cv-00063-RLM-CAN |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Zimmer, Inc. ("Zimmer") notifies the Court that the claims in this action against Weller, Green, Toups & Terrell, L.L.P. only are dismissed without prejudice, each party to bear its own costs. This dismissal is expressly intended to have no effect whatsoever on the claims asserted against other defendants.

BDDB01 6651926v1

BAKER & DANIELS LLP

By:    */s/ April E. Sellers*

*Attorneys for the Plaintiff, Zimmer, Inc.*

Joseph H. Yeager, Jr. (#2083-49)
April E. Sellers (#21081-49)
300 North Meridian Street
Suite 2700
Indianapolis, Indiana  46204
(317) 237-0300
(317) 237-1000 (fax)
jay.yeager@bakerd.com
april.sellers@bakerd.com

Angela Kelver Hall (#26991-71)
202 South Michigan Street
Suite 1400
South Bend, IN  46601
(574) 234-4149
(574) 239-1900 (fax)
angela.hall@bakerd.com

Abigail M. Butler (#22295-02)
Kyle B. Osting (#26532-02)
111 East Wayne Street
Suite 800
Fort Wayne, IN  46802
(260) 424-8000
(260) 460-1700 (fax)
abigail.butler@bakerd.com
kyle.osting@bakerd.com

2

## CERTIFICATE OF SERVICE

       I certify that a copy of the foregoing was filed electronically on this 1st day of July, 2011. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system or first class United States mail, postage prepaid.

| | |
|---|---|
| Weller, Green, Toups & Terrell, L.L.P.<br>c/o Mitchell A. Toups<br>Bank Of America Tower<br>2615 Calder Street, Suite 400<br>Beaumont, TX  77702 | Alyson Oliver<br>Nicholas Spigiel<br>24100 Southfield Road<br>Suite 305<br>Southfield, MI  48075 |
| Gordon Edelstein<br>Krepack Grant Felton Goldstein LLP<br>3580 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA  90010 | Tracy D. Knox<br>Alice J. Springer<br>Barnes & Thornburg LLP<br>600 1st Source Bank Center<br>100 North Michigan Street<br>South Bend, Indiana 46601-1632 |

                                        */s/April E. Sellers*

BDDB01 6651926v1