IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZIMMER, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO. 3:11-CV-00063-RLM-CAN |
| | ) |
| ARI KRESCH, KRESCH/OLIVER PLLC, | ) |
| KRESCH LEGAL SERVICES, P.L.C., | ) |
| WELLER, GREEN, TOUPS & TERRELL, | ) |
| L.L.P., GORDON, EDELSTEIN, | ) |
| KREPACK, GRANT, FELTON, | ) |
| GOLDSTEIN, LLP, THE MOODY LAW | ) |
| FIRM, INC., ROTTENSTEIN LAW | ) |
| GROUP, LLP, ELK & ELK | ) |
| | ) |
|    Defendants. | ) |

## DEFENDANT ELK & ELK'S MOTION TO QUASH

This Defendant, Elk & Elk, by counsel and pursuant to FRCP 26, moves that this Court quash Plaintiff Zimmer, Inc.'s Subpoena Duces Tecum and Request for Production to Zimmerman Reed.

Respectfully submitted,

**HUNT SUEDHOFF KALAMAROS LLP**

By: /s/ Lyle R. Hardman
Lyle R. Hardman (#16056-49)
Attorney for Defendant, Elk & Elk
205 W. Jefferson Blvd., Suite 300
Post Office Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a true and correct copy of the above and was served upon the following:

| | |
|---|---|
| Joseph H. Yeager<br>April E. Sellers<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 | Alyson Oliver<br>Kresch Oliver PLLC<br>24100 Southfield Road, Suite 305<br>Southfield, MI 48075 |
| Angela Kelver Hall<br>202 South Michigan Street<br>Suite 1400<br>South Bend, IN 46601 | Alice J. Springer<br>Tracy D. Knox<br>600 1st Source Bank Center<br>100 North Michigan Street<br>South Bend, IN 46601-1632 |
| Abigail M. Butler<br>Kyle B. Osting<br>111 East Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 | Jay Kennedy<br>Kroger, Gardis & Regas, LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, IN 46204-5125 |

via electronic mail using ECF/Pacer, this 8th day of August, 2011.

                 /s/ Lyle R. Hardman
                 Lyle R. Hardman (#16056-49)