IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZIMMER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:11-cv-0063-RLM-CAN |
| ) | |
| ARI KRESCH, KRESCH/OLIVER PLLC, ) | |
| KRESCH LEGAL SERVICES, P.L.C., ) | |
| THE MOODY LAW FIRM, INC., ) | |
| ROTTENSTEIN LAW GROUP, LLP, and ) | |
| ELK & ELK ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff Zimmer, Inc. ("Zimmer") notifies the Court that the claims in this action against The Moody Law Firm, Inc. only are dismissed without prejudice, each party to bear its own costs. This dismissal is expressly intended to have no effect whatsoever on the claims asserted against other defendants.

Respectfully Submitted,

BAKER & DANIELS LLP

By:*/s/April E. Sellers*
   Joseph H. Yeager, Jr. (#2083-49)
   April Edwards Sellers (#21081-49
   300 N. Meridian Street Suite 2700
   Indianapolis, IN 46204-1782
   Telephone:  317-237-0300
   Facsimile:  317-237-1000
   *jay.yeager@bakerd.com*
   *april.sellers@bakerd.com*

BDDB01 6849398v1

Angela Kelver Hall (#26991-71)
202 South Michigan Street, Suite 1400
South Bend, IN 46601
Telephone:  574-234-4149
Facsimile:  574-239-1900
*angela.hall@bakerd.com*

Abigail M. Butler (#22295-02)
Kyle B. Osting (#26532-02)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone:  260-424-8000
Facsimile:  260-460-1700
*abigail.butler@bakerd.com*
*kyle.osting@bakerd.com*

*Counsel for Zimmer, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on September 14, 2011.  Notice of filing shall be sent to all parties via operation of the Court's electronic filing system or by first class United States mail, postage pre-paid on the following:

| | |
|---|---|
| Alyson Oliver<br>Kresch Oliver PLLC<br>Ari Kresch<br>Kresch Legal Services, L.L.C.<br>24100 Southfield Road Suite 305<br>Southfield, MI 48075 | Lyle R. Hardman<br>Hunt Suedhoff Kalamaros LLP<br>120 W. LaSalle Avenue, 12th Floor<br>PO Box 4156<br>South Bend, IN 46634-4156 |
| Jay P. Kennedy<br>Kroger, Gardis & Regas, LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, IN 46204-5125 | Anthony F. Troy PHV<br>Stephen C. Piepgrass PHV<br>Troutman Sanders LLP – Ric/VA<br>1001 Haxall Point<br>Richmond, VA 23219 |

*/s/April E. Sellers*
BAKER & DANIELS LLP

2