UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZIMMER, INC., | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
|   vs. | )   CAUSE NO. 3:11-CV-63 RLM |
| | ) |
| ARI KRESCH, et al., | ) |
| | ) |
|       Defendants | ) |

ORDER

Based on the notice of dismissal filed by Zimmer, Inc., the court ORDERS that Zimmer's claims as to defendant Rottenstein Law Group, LLP are DISMISSED with prejudice.

SO ORDERED.

ENTERED:   July 30, 2012

       /s/ Robert L. Miller, Jr.
       Judge, United States District Court