IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ZIMMER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:11-cv-0063-RLM-CAN |
| | ) | |
| ARI KRESCH, KRESCH/OLIVER PLLC, | ) | |
| and KRESCH LEGAL SERVICES, P.L.C. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the parties notify the Court that all

claims in this action between Zimmer, Inc. ("Zimmer") and Ari Kresch, Kresch/Oliver PLLC and

Kresch Legal Services, P.L.C. are dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted,


FAEGRE BAKER DANIELS LLP                    HUNT SUEDHOFF KALAMAROS LLP

By: */s/April E. Sellers*                   By: */s/ Lyle R. Hardman*
Joseph H. Yeager, Jr. (#2083-49)            120 W. LaSalle Avenue, 12th Floor
April Edwards Sellers (#21081-49            PO Box 4156
300 N. Meridian Street Suite 2700           South Bend, IN 46634-4156
Indianapolis, IN 46204-1782
Telephone:  317-237-0300                    *Counsel for Ari Kresch, Kresch/Oliver PLLC*
Facsimile:  317-237-1000                    *and Kresch Legal Services, P.L.C.*
*jay.yeager@faegrebd.com*
*april.sellers@faegrebd.com*


*Counsel for Zimmer, Inc.*

DMS_US 51553384v1