UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ZIMMER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:11-CV-63 RM |
| | ) | |
| ARI KRESCH, | ) | |
| KRESCH LEGAL SERVICES, PLC, | ) | |
| and KRESCH/OLIVER, PLLC, | ) | |
| | ) | |
| Defendants | ) | |

O R D E R

The court GRANTS the parties' joint stipulation [docket # 137] and DISMISSES with prejudice all claims in this action between Zimmer, Inc. and Ari Kresch, Kresch Legal Services, PLC, and Kresch/Oliver, PLLC, with each party to bear its own costs.

SO ORDERED.

ENTERED:   March 15, 2013

   /s/ Robert L. Miller, Jr.
Judge, United States District Court